151 A.3d 978

MARTHA C. PTASZYNSKI, INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF REGINA PTASZYNSKI, DECEASED, PLAINTIFF-CROSS-RESPONDENT, v. ATLANTIC HEALTH SYSTEMS, INC., D/B/A MT. KEMBLE REHABILITATION AT MORRISTOWN MEMORIAL HOSPITAL, DEFENDANT-CROSS-PETITIONER.

September 23, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-000245-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.